# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL T. LOMAURO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action File No: |
| ) | 2:21-CV-241-RWS-JCF |
| CORRUGATED ) | |
| REPLACEMENTS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

WE CONSENT AND SO STIPULATE:


*s/ James Radford*  
James Radford  
Georgia Bar No. 108007  
Jake Knanishu  
Georgia Bar No.: 597103  
RADFORD & KEEBAUGH, LLC  
315 W. Ponce de Leon Ave., Suite 1080  
Decatur, GA 30030  
T: (678) 271-0300  
E: james@decaturlegal.com  

*s/ Kenneth G. Menendez*  
Kenneth G. Menendez  
Georgia Bar No. 502045  
Andrew J. Kim  
Georgia Bar No. 488753  
FREEMAN MATHIS & GARY, LLP  
100 Galleria Parkway, Suite 1600  
Atlanta, Georgia 30339-5948  
T: 770.818.0000  
F: 770.937.9960

E: jake@decaturlegal.com

*Counsel for Plaintiff*

E:  kmenendez@fmglaw.com
E:  akim@fmglaw.com

*Counsel for Defendant*

Respectfully submitted this     July 18, 2022

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This    July 18, 2022

                                                  Respectfully submitted,

                                                  *s/ James Radford*
                                                  James Radford
                                                  Georgia Bar No. 108007